UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK CAIN,

    Plaintiff,

v.

Case No. 19-cv-11278
Hon. Matthew F. Leitman

BRIAN RINEHART, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Orders entered on this day and on October 1, 2021:

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** in entered in favor of Defendant Brian Rinehart and against Plaintiff Derrick Cain.

                                              KINIKIA ESSIX
                                              CLERK OF COURT

                                  By:    s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 1, 2022
Detroit, Michigan